**Opinion issued December 12, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00678-CV

_____

## IN RE ANDRE OMAR WARREN, Appellant

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-38045**

---

## MEMORANDUM OPINION

Appellant, Andre Omar Warren, has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of

appellant to file brief). Appellant's brief was first due on October 18, 2019. After

being notified that this appeal was subject to dismissal, appellant did not

1

adequately respond.  *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief), 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.